UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TURELL L. BARNES SR., <br><br> Plaintiff, <br><br> vs. <br><br> JUDGE CECILIA CASTELLANOS, et al., <br><br> Defendants. | Case No:  C 14-00911 SBA <br><br> **ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL** <br><br> Docket 14 |

On February 28, 2014, Turell L. Barnes, Sr. ("Plaintiff"), proceeding pro se, commenced the instant civil rights action under 42 U.S.C. § 1983 against various attorneys and state court judges (collectively, "Defendants").  Compl., Dkt. 1.  Plaintiff's claims arise out of the alleged taking of his home without due process or just compensation.  See id.  On May 7, 2014, the Court issued an Order dismissing this action without leave to amend. Dkt. 10.  Specifically, the Court found that, to the extent Plaintiff seeks to disrupt or undo a prior state-court judgment, his action is barred by the Rooker-Feldman doctrine.  Id.  As for the merits, the Court found that Plaintiff's claims against the judge Defendants fail as a matter of law because judges are absolutely immune for judicial acts.  Id.  Additionally, the Court found that the claims alleged against the attorney Defendants fail as a matter of law because these defendants were not acting under color of state law.  Id.

On May 21, 2014, Plaintiff filed a request to proceed in forma pauperis on appeal. Dkt. 14.  Title 28 U.S.C. § 1915(a)(3) states: "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  The good faith requirement is satisfied if the petitioner seeks review of any issue that is "not frivolous."  Gardner v. Pogue, 558 F.2d 548, 551 (9th Cir. 1977) (quoting Coppedge v.

United States, 369 U.S. 438, 445 (1962)).  An action is "frivolous" for purposes of section 1915 if it lacks any arguable basis in law or fact.  Neitzke v. Williams, 490 U.S. 319, 325, 327 (1989); Franklin v. Murphy, 745 F.2d 1221, 1225 (9th Cir. 1984).  Here, because the claims alleged in the complaint fail as a matter of law, Plaintiff's appeal of the Court's May 7, 2014 Order is frivolous.  Accordingly, the Court CERTIFIES that Plaintiff's appeal is not taken in good faith within the meaning of § 1915(a)(3).  Therefore, Plaintiff's request to proceed in forma pauperis on appeal is DENIED.  This Order terminates Docket 14.

    IT IS SO ORDERED.

Dated:  6/5/2014

                              SAUNDRA BROWN ARMSTRONG
                              United States District Judge